BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8985
    Facsimile:  (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARGARET LOPEZ,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:10-CV-1012-OWW-GSA<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S LETTER BRIEF |

      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's confidential letter brief, to allow for Defendant's further review of the case in light of the arguments for remand presented in the letter brief.  Defendant's responsive letter brief was previously due by December 8, 2010, and will now be due by January 7, 2011, and the Court's Scheduling Order shall be modified accordingly.

//

                                     Respectfully submitted,

Dated: December 8, 2010              */s/ Sengthiene Bosavanh*
                                     (As authorized via e-mail)
                                     SENGTHIENE BOSAVANH
                                     Attorney for Plaintiff

Dated: December 8, 2010              BENJAMIN B. WAGNER
                                     United States Attorney
                                     LUCILLE GONZALES MEIS
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     */s/ Brenda M. Pullin*
                                     BRENDA M. PULLIN
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant


                                            ORDER


IT IS SO ORDERED.

**Dated:   December 8, 2010**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE

2