# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARET LOPEZ, | ) | 1:10-cv-01012 OWW GSA |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATIONS RE: |
| | ) | PLAINTIFF'S MOTION FOR ATTORNEYS' |
| v. | ) | FEES |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | (Document 33) |
| of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    On May 25, 2010, Plaintiff, Margaret Lopez, filed the present action for judicial review of the denial of Social Security benefits. (Doc. 1). Plaintiff's appeal was granted and she was awarded benefits on August 31, 2011. (Docs. 23 and 24). Subsequently, Plaintiff filed a Motion for Attorneys' Fees. (Doc. 25). On June 6, 2012, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's Motion for Attorneys' Fees be GRANTED IN PART. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days (15) days. To date, no party has filed any objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated June 6, 2012 (Doc. 33), are ADOPTED IN FULL; and

2. Plaintiff's counsel are entitled to an award in the total amount of $7,586.45 to be broken down as follows:

   Ms. Bosavanh: 8.1 hours for total amount of $1,431.34.

   Mr. Wilborn: 34.50 hours for a total amount of $6,155.11.

This amount shall be payable to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

IT IS SO ORDERED.

Dated: July 21, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2