# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET LOPEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,[1]<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.  1:10-cv-1012-AWI-GSA<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. S 406(b) BE GRANTED IN PART**<br><br>(Docs. 35 and 38 ) |

On January 30, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion for Attorney's Fees pursuant to 42 U.S.C. § 406(b) be granted in part. (Doc. 35). A copy of the Findings and Recommendations were served on all parties, including the Plaintiff, and contained notice that any objections were to be filed within fourteen (14) days after service of the order.  To date, no objections have been filed.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the Defendant in this action.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated January 30, 2014, are ADOPTED IN FULL;

2. Plaintiff's counsel's motion for an award of attorney's fees pursuant to Section 406(b) is granted in part and reduced as outlined in the Findings and Recommendations. As such, Plaintiff's counsel shall be awarded $8,513.25 for attorney's fees pursuant to Section 406(b);

3 . Plaintiff's counsel is ordered to refund to Plaintiff $7,586.45 of the Section 406(b) fees awarded as an offset to the Equal Access to Justice Act fess previously awarded pursuant to 28 U. S.C. § 2412 (d); and

4. The Clerk of the Court is directed to serve this order on Margaret Lopez at 3522 North Maroa Avenue, Fresno, California 93704.

IT IS SO ORDERED.

Dated:   February 24, 2014                            _____
                                                                              SENIOR  DISTRICT  JUDGE

2